1092

[No. 14703-7-III.     Division Three.     February 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL MAX MEIER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01315-8, Robert D. Austin, J., entered February 28, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14749-5-III.     Division Three.     February 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD DONNELL MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-02029-6, Kathleen M. O'Connor, J., entered February 21, 1995. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson, J., and Munson, J. Pro Tem.

[No. 15115-8-III.     Division Three.     February 4, 1997.]

CUSTOM INVESTMENTS, INC., *Respondent*, v. SILVERFERN GROUP, LIMITED PARTNERSHIP, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-01877-1, Thomas E. Merryman, J., entered July 31, 1995. *Reversed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Thompson, J.

[Nos. 17232-1-II; 19204-7-II.     Division Two.     February 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN LEE HUMPHRIES, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 92-1-02478-2, Terry D. Sebring, J., entered June 8, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C. J., and Armstrong, J.